UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Estate of Henry Saint Dahl,

                Plaintiff,

–v–

Pajares, Pena y Oria, S.L., *et al.*,

                Defendants.

20-CV-2334 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Within one week of the date of this order, Plaintiff is hereby ordered to give a status update regarding service on Defendants.

    The initial pre-trial conference currently scheduled for July 17, 2020 is hereby adjourned *sine die*.

    SO ORDERED.

Dated: June 25, 2020
       New York, New York

                                      _____
                                          ALISON J. NATHAN
                                         United States District Judge