USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 914; 14243

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Estate of Henry Saint Dahl,

        Plaintiff,

  –v–

Pajares y Asociados Abogados S.L., *et al.*,

        Defendants.

20-cv-2334 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Plaintiff completed service in this case in November 2020. The time for the Defendants to answer has lapsed, and no Defendant has appeared or answered in this action. The Plaintiff shall file a motion for default judgment by September 3, 2021, or the Court will dismiss the action for failure to prosecute.

    The Plaintiff shall serve a Copy of this Order on the Defendants and file an affidavit of service on the public docket.

SO ORDERED.

Dated: July 29, 2021
       New York, New York

                                  ALISON J. NATHAN
                                  United States District Judge